IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GWENDOLYN HILL** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.  4:03cv365-WHB-JMR**

**FORD MOTOR COMPANY, ET AL.** **DEFENDANTS**

### ORDER OF DISMISSAL

This matter having come before the Court on the Motion of the parties for a dismissal and the Court being advised that the parties have agreed to this Order does hereby find that this matter should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint is dismissed with prejudice with each party to bear its respective costs.

**SO ORDERED** this 16th day of August,  2006.

s/William H. Barbour, Jr.
**UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/ Mark Ivey Burton
**MARK IVEY BURTON, ESQ.**
**Counsel for Plaintiff**

/s/ Gene D. Berry
**GENE D. BERRY, ESQ.**
**Counsel for Defendants**